Evan A. Jenness (Calif. Bar No. 136822)
Evan@JennessLaw.com
Law Offices of Evan A. Jenness
2115 Main Street
Santa Monica, California 90405
Telephone: 310-399-3259

William J. Genego (Calif. Bar No. 103224)
wgenego@gmail.com
Nasatir, Hirsch, Podberesky Khero & Genego
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

Counsel for Defendant
Peter Townsley

# United States District Court

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERCIA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> PETER TOWNSLEY, ) <br> ) <br> Defendant. ) | No. CR 10-0428 CRB <br><br> [~~PROPOSED~~] ORDER FOR A MODIFIED BRIEFING SCHEDULE ON THE APPROPRIATE METHODOLOGY TO USE IN CALCULATING "LOSS" FOR PURPOSES OF THE FEDERAL SENTENCING GUIDELINES <br><br> Date: April 25, 2012 <br> Time: 2:15 p.m. <br> Place: Courtroom 8 |

1 **ORDER**

2 Upon the stipulation of the parties, and good cause appearing, IT IS
3 HEREBY ORDERED THAT the schedule for briefing regarding the
4 appropriate methodology to use in calculating "loss" for purposes of the
5 federal sentencing guidelines is:

|  | Current Date | New Date |
|---|---|---|
| Initial briefs to be filed by: | April 4, 2012 | April 11, 2012 |
| Responses to be filed by: | April 18, 2012 | [no change] |
| Oral argument or submission on the briefs: | April 25, 2012 | [no change] |

Dated: April 3, 2012

_____
HON. CHARLES R. BREYER
United States District Judge